IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| PRODUCERS CREDIT CORPORATION, | : : : | |
| Plaintiff, | : : | CASE NO.: 7:18-CV-49 (WLS) |
| v. | : : | |
| RICKY CLAYTON TUCKER, | : : | |
| Defendants. | : : | |

**ORDER**

On April 20, 2018, Defendant Ricky Clayton Tucker filed a Notice of Stay on Account of Bankruptcy as to himself with the Court. (Doc. 7.) Therein, Defendant Tucker notified the Court that he had filed a voluntary petition for Chapter 11 bankruptcy on April 19, 2018. (*Id.*, at 1.) Defendant Tucker moved this Court to stay all proceedings in the above-captioned matter in light of his bankruptcy proceedings in the Middle District of Georgia. (*Id.*) This Court entered an Order on April 23, 2018 staying the above-captioned matter pending further notice from either party of the Bankruptcy Court's resolution of the bankruptcy case or its lift of the automatic stay. (Doc. 8.)

Since then the Parties have filed four Status Reports (Docs. 11, 12, 14, 15) with the Court. The last Status Report was filed by the Plaintiff on December 5, 2019. In order to ensure the prompt disposition of proceedings the Parties are hereby **ORDERED** to file a status report within fourteen (14) days of the entry of this Order.

**SO ORDERED**, this  8th  day of December 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**